

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-21-00094-CV

**CITY OF EAGLE PASS**,
Appellant

v.

Isabel Velasquez **PEREZ**, individually and a/n/f of Vanessa Velasquez, minor,
Appellee

From the 293rd Judicial District Court, Maverick County, Texas
Trial Court No. 18-01-35130-MCV
Honorable Maribel Flores, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE WATKINS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the trial court's January 26, 2022 judgment is VACATED and this case is DISMISSED WITH PREJUDICE. We WITHDRAW our January 26, 2022 opinion and judgment, and substitute this opinion and judgment in their stead. Costs of the appeal are taxed against the parties that incurred them.

SIGNED September 7, 2022.

_____
Rebeca C. Martinez, Chief Justice